IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

FILED
IN OPEN COURT

FEB - 5 2020

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | | |
|---|---|---|
| IN RE: | ) | UNDER SEAL |
| | ) | |
| GRAND JURY PROCEEDINGS | ) | CASE NUMBER 2:20cr 11 |

**ORDER SEALING INDICTMENT IN MULTIPLE DEFENDANT CASE**

Upon motion of the United States Attorney, pursuant to Local Criminal Rule 49(B) the Court finds that sealing of the indictment and arrest warrants is necessary to prevent notification of the existence of the charges and arrest warrants, which could result in flight from prosecution, the destruction of or tampering with evidence, the intimidation of potential witnesses, jeopardize the safety of the arresting officers, or otherwise jeopardize the investigation.

It is hereby ORDERED that the indictment and arrest warrants are sealed.

It is further ORDERED that: (1) a certified copy of the indictment shall be provided to those law enforcement officials involved in the prosecution of this case; and (2) a copy of the sealed arrest warrants shall be made available to agents and Task Force Officers of the Federal Bureau of Investigation for execution of the same.

It is further ORDERED that the indictment and arrest warrants are unsealed at the time of the federal arrest of all defendants, at which time the indictment may be treated as a public record.

If all of the defendants are not arrested federally on the same date, it is ORDERED that, upon the motion of the United States, the indictment as to each in-custody defendant, along with his or her arrest warrant, shall be unsealed, and that a redacted copy of the indictment suitable for public filing shall be provided to the Court by the United States at the initial appearance of the arrested defendant(s) or within a reasonable time thereafter.

_____
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
February 5, 2020

We ask for this:

G. Zachary Terwilliger
United States Attorney

_____
Andrew Bosse
Assistant United States Attorney