UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA

In re:

TRANSFER OF NORFOLK AND NEWPORT NEWS
FELONY CRIMINAL CASES

### Transfer Order

In the interest of judicial efficiency and economy, and to account for changes in the number of criminal felony cases being initiated in the various Divisions of the Court, in accordance with 28 U.S.C. §137(a)[1],

**IT IS ORDERED** that the following felony criminal cases are hereby transferred to the following Judges of the Richmond Division, effective as of the date of this Order:

<u>Judge John A. Gibney, Jr:</u>

2:19cr109 USA v. Duran

2:20cr1   USA v. Brown

2:19cr166 USA v. Davis

2:19cr122 USA v. Reed

---

[1] 28 U.S. Code § 137 Division of business among district judges –
(a) In General
The business of a court having more than one judge shall be divided among the judges as provided by the rules and orders of the court.
The chief judge of the district court shall be responsible for the observance of such rules and orders, and shall divide the business and assign the cases so far as such rules and orders do not otherwise prescribe.
If the district judges in any district are unable to agree upon the adoption of rules or orders for that purpose the judicial council of the circuit shall make the necessary orders.

```
2:19cr163 USA v. Jones

2:20cr16  USA v. Petitt

2:20cr11  USA v. Howell, et al
```

Judge David J. Novak

```
4:18cr27  USA v. Robertson, et al

4:19cr70  USA v. Harris

4:19cr86  USA v. Mundell, et al

4:19cr47  USA v. Ramirez-Barreto, et al

4:20cr17  USA v. Burden

4:19cr62  USA v. Brown, et al

4:20cr15  USA v. Archible

4:18cr95  USA v. Smart, et al

4:20cr20  USA v. Greene, et al

4:15cr18  USA v. Ritchie, et al

4:20cr10  USA v. Shipstad-Ratliff

4:20cr18  USA v. Hooper
```

Senior Judge Henry E. Hudson

```
4:20cr3   USA v. Ortiz

4:20cr2   USA v. Parks, et al

4:19cr99  USA v. Klugh

4:20cr9   USA v. Parham

4:20cr14  USA v. Tucker

4:20cr23  USA v. Washington

4:20cr5   USA v. Lowery, et al
```

```
4:20cr25   USA v. Harper

4:17cr44   USA v. Culpeper

4:18cr29   USA v. Asbury
```

**IT IS SO ORDERED.**

/s/ *[signature]*
Mark S. Davis
CHIEF UNITED STATES DISTRICT JUDGE

Norfolk, Virginia

June 4, 2020