**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET                                              DATE:    7/14/21

| United States District Court | Eastern District of Virginia - Norfolk Division |
|---|---|
| CASE TITLE<br>UNITED STATES OF AMERICA<br>            V<br>XAVIER HOWELL | CRIMINAL NO:    2:20cr11<br><br>JUDGE:  GIBNEY<br><br>CT REPORTER:   J. Trail, OCR |

MATTER COMES ON FOR:         JURY TRIAL ( )       BENCH TRIAL ( X )

APPEARANCES:      DFT WITH COUNSEL James Broccoletti
                  GOV'T  Andrew Bosse, and Amanda Turner

BAIL STATUS:    DEFENDANT ON BOND ( )      DFT. INCARCERATED (X )

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  GOV'T ( )   DEFENDANT ( )   COURT ( )
OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )
GOVERNMENT ADDUCED EVIDENCE ( )   RESTED ( )   MOTION ( )
DEFENDANT ADDUCED EVIDENCE    ( ) RESTED ( )   MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED       ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (X )
JUDGMENT:   DEFENDANT GUILTY AS CHARGED IN Counts One through 4
PSR ORDERED ( X ) or WAIVED BY THE DEFENDANT ( )      SGO ENTERED (X)

CASE CON'T TO :   November 12, 2021 at 9:00 a.m.  FOR  Sentencing

DEFENDANT CONTINUED ON PRESENT BOND ( )     DEFENDANT REMANDED TO CUSTODY (X)

....................................................................................................................................................................

FURTHER NOTATIONS:
On Motion of Govt, they may retain the physical exhibits and these exhibits shall be substituted with paper exhibits.


SET: 9:00 a.m.       BEGAN: 9:04 a.m.  ENDED: 11:40 p.m.   TIME IN COURT:  1  HRS 36   MINS.

RECESSES:     10:12 – 11:12 a.m.