IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.                                         Criminal No.: 2:20-CR-11

XAVIER HOWELL,

         Defendant.

## **NOTICE OF APPEAL**

COMES NOW, Xavier Howell, through counsel, and hereby notes his appeal from the judgment of the United States District Court, Eastern District of Virginia entered on November 12, 2021. Mr. Howell was represented by retained counsel in this Court. He is now indigent and requests court appointed counsel for his appeal.

The undersigned respectfully requests that a new attorney be appointed to represent Mr. Howell on this appeal.

                                                          Respectfully submitted,

                                                          XAVIER HOWELL

                                                          By Counsel

                                                          _____/s/_____
                                                          James O. Broccoletti, Esquire
                                                          VSB# 17869
                                                          ZOBY, BROCCOLETTI & NORMILE, P.C.
                                                          6663 Stoney Point South
                                                          Norfolk, VA 23502
                                                          (757) 466-0750
                                                          (757) 466-5026
                                                          james@zobybroccoletti.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of November, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Andrew Bosse, Esquire
Assistant U.S. Attorney
Office of the U.S. Attorney
World Trade Center, Suite 8000
101 W. Main Street
Norfolk, VA 23510
E-Mail: Andrew.bosse@usdoj.gov

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com