# SENTENCING MINUTES

DATE: <u>11/12/2021</u>　　　　　　　　CASE NUMBER: <u>2:20CR11-01</u>

JUDGE: <u>GIBNEY</u>　　　　　　　　　CT REPORTER: <u>　　Paul McManus　　　</u>

| UNITED STATES OF AMERICA | ANDREW BOSSE |
|---|---|
| | AMANDA TURNER |
| v. | COUNSEL |
| XAVIER HOWELL | JAMES BROCCOLETTI |

**SENTENCING ON COUNT(S):** <u>1through 4</u> (x) Superseding Indictment

**OBJECTIONS TO PSR:** <u>　　Objections heard and rulings made.　　　　　　　　　　　</u>
<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>

**PRELIMINARY MATTERS:** <u>　　Court adopted the factual statements contained in the PSR. Motion for Variance filed by Gov't and defense, which motion was GRANTED.  Defense presented evidence.  (Deft. Exh. 1 -Post re: trial) – ADMTTED.　　　　　　　　　　　　　　　　</u>

**STATEMENTS MADE BY:**  GOV'T ( X )  DEFENSE COUNSEL ( X )  DEFT ( X )

**ON MOTION OF GOV'T,**  ( X ) **INDICTMENT**  (  ) **REMAINING CTS. DISMISSED.**

DEFT ADVISED OF RIGHT OF APPEAL within 14 days of today   ( X )

DEFT REMANDED TO CUSTODY  ( X )

**DEFENDANT TO VOLUNTARILY REPORT TO DESIGNATED INSTITUTION**
ON:_____ BY:_____
(  ) IF NO DESIGNATION MADE, REPORT TO U.S. MARSHAL IN RICHMOND

| CASE SET: | BEGAN: | ENDED: | TIME IN COURT: |
|---|---|---|---|
| 10:00 A.M.. | 10:20 A.M. | 11:16 A.M. | 56 MINUTES |

**PAGE TWO (2)**

**SENTENCE TEXT**

**COUNT 1**   IMPRISONMENT _____360_____ MOS.   CONCURRENT ( )  CONSECUTIVE ( )
CREDIT FOR TIME SERVED ON THIS CHARGE ( X )
SUPERVISED RELEASE _____5_____ YEARS
FINE  $_____     ( X ) Fine not imposed
SPECIAL ASSESSMENT $100 due immediately

**COUNT 2**   IMPRISONMENT __360_____ MOS.   CONCURRENT ( X )  CONSECUTIVE ( )
SUPERVISED RELEASE _____5_____ YEARS     CONCURRENT ( X )
FINE  $_____     ( X ) Fine not imposed
SPECIAL ASSESSMENT $100 due immediately

**COUNT 3**   IMPRISONMENT __360_____ MOS.   CONCURRENT ( X )  CONSECUTIVE ( )
SUPERVISED RELEASE _____4_____ YEARS     CONCURRENT ( X )
FINE  $_____     ( X ) Fine not imposed
SPECIAL ASSESSMENT $100 due immediately

**COUNT 4**   IMPRISONMENT ___240____ MOS.   CONCURRENT ( X )  CONSECUTIVE ( )
SUPERVISED RELEASE _____4_____ YEARS     CONCURRENT ( X )
FINE  $_____     ( X ) Fine not imposed
SPECIAL ASSESSMENT $100 due immediately

**CONSENT ORDER OF FORFEITURE MADE A PART OF JUDGMENT IN CASE (   )**

**RESTITUTION ORDERED:** _____

_____

**RECOMMENDATION(S) TO BOP:**
( X ) Designate dft. to (a facility near family) ___Norfolk, VA_____
(   ) BOP 500-hr intensive drug treatment program, if the defendant qualifies and volunteers
(   ) UNICOR program  (   ) with _____ portion of earnings directed to child support
 ( X ) Educational /Vocational training (   ) SHOCK Incarceration Program  (   ) BRAVE Program

( X ) OTHER:___Placed in a facility where the deft. can receive medical care.

_____

**PAGE THREE (3)**

**SPECIAL CONDITIONS of Probation / Supervised Release:**

\_\_\_X\_\_\_(1) Incur no new credit without approval of probation officer
\_\_\_X\_\_\_(2) Provide probation officer with access to financial information
_____(3) Participate in drug/alcohol treatment, if deemed necessary; _____ Pay cost
_____(4) Participate in mental health treatment, if deemed necessary; _____ Pay cost
         _____ Participate in anger management
_____(5) The defendant shall not consume any alcohol.
_____(6) Participate in a program such as Narcotics Anonymous/Alcoholics Anonymous or a
         similar secular program (any secular equivalent to NA/AA must be approved by the
         probation officer and the Court.)  Dft shall begin attendance within _____of
         release.  Defendant shall attend 90 meetings within 90 days.  Defendant shall obtain a
         sponsor who will confirm the sponsor relationship with the probation officer.
_____(7) Pay child support in amount ordered by social services or Court.
\_\_\_X\_\_(8) Defendant shall pay any balance owed on the S/A imposed by the Court
         \_\_\_X\_\_ Pay in installments of not less than $\_\_\_10.00_____ per month,
            to begin  60 days after start of supervision until paid in full
_____(9) Defendant to apply monies received from tax refunds, lottery winnings, and any
            anticipated or unexpected financial gains to the Court-ordered financial obligation
_____(10) Mandatory drug testing waived; \_\_\_ PO may still administer drug test if appropriate
_____(11) Perform community service _____ HOURS during period of supervision
_____(12) Participate in home confinement program for _____ with monitoring
         _____ Permitted to work, attend church, or other approved activities
         _____ Maintain telephone without special features; no cordless phone
         _____ Pay costs of electronic monitoring
_____(13) Defendant to be surrendered to BICE for deportation proceedings
         _____ If deported, defendant to remain outside the United States
_____(14) Waive all rights of confidentiality regarding mental health/substance abuse treatment
         (or other treatment) to allow release of information to Probation, etc.
_____(15-19) \_\_\_ Defendant shall register with the state sex offender registration agency in any state where he resides, is employed, a student, etc., \_\_\_\_ Defendant shall not own or have a computer in his residence or place of employment. Also, he shall not use a computer to access any online computer services at any location, including employment without the prior approval of the probation officer.  This includes any internet service provider bulletin board systems, or any other public or private computer network. \_\_\_Defendant shall not have any access to or possess any pornographic material, pictures displaying nudity, or magazines using juvenile models or pictures of juveniles under the age of 18 years. \_\_\_ Defendant shall not be in the presence of children under the age of 18 without another responsible adult being present. \_\_\_ Defendant shall not accept any paid or volunteer positions involving children.
_____(---) **Other special conditions:**
         _____

         _____

         _____

         _____