FILED: December 3, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-4634
(2:20-cr-00011-JAG-LRL-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

XAVIER HOWELL, a/k/a X, a/k/a Xavier Allyson Howell

    Defendant - Appellant

_____

O R D E R
_____

The court relieves appellant's court-appointed counsel, Melissa J. Warner, from the obligation of further legal representation of appellant on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk