AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>KEVIN DWAYNE DAY SR.<br>a/k/a "Yung Hauncho"<br><br>_____<br>Defendant | )<br>)  Case No. 2:20cr11<br>)  11076989<br>)<br>)  **SEALED**<br>)<br>)  USCG |

**ORIGINAL**

2020 OCT -9 P 2:27
RECEIVED UNITED STATES MARSHAL
EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEVIN DWAYNE DAY SR., a/k/a "Yung Hauncho"                                                     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1 : 21 U.S.C. 846   Conspiracy to Manufacture, Distribute, and Possess with Intent to Manufacture and Distribute Methamphetamine et al / forfeiture

IN OPEN COURT
SEP -1 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Date:   10/08/2020

                                                     /s/
                                                     *Issuing officer's signature*

City and state:   Norfolk, VA                         Lawrence R. Leonard, U.S. Magistrate Judge
                                                     *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/9/20 , and the person was arrested on *(date)* 8/29/22
at *(city and state)*   Nevada       .

Date: 9/21/22

                                                     *Arresting officer's signature*
                                                     Jason D Silva  Deputy
                                                     *Printed name and title*

This is a warrant of Removal